# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 5:03-cr-73-Oc-32PRL

GREGORY MCKINNIES,

    Defendant.

---

## **O R D E R**

This case is before the Court on Defendant Gregory McKinnies's Unopposed Motion for Sentence Reduction under the First Step Act of 2018. (Doc. 695). Section 404 of the First Step Act, Pub. L. No. 115-391, made retroactive the reduction in statutory penalties that were modified by the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Sta. 2372 (2010). According to the First Step Act, a court may "impose a reduced sentence as if [the Fair Sentencing Act of 2010] were in effect at the time the covered offense was committed." First Step Act of 2018, Pub. L. No. 115-391, § 404(b) (2018).

In May 2005, this Court sentenced Mr. McKinnies to 360 months' imprisonment followed by 5 years of supervised release. (Doc. 353). Under the First Step Act, Mr. McKinnies's amended guideline range is 262 to 327 months

to be followed by a minimum of 4 years of supervised release. (Doc. 676). The United States and Mr. McKinnies agree that a new sentence imposed at the low end of the amended guidelines range is appropriate. (Doc. 695).

Accordingly, it is hereby

**ORDERED:**

Defendant Gregory McKinnies's term of imprisonment is reduced to 262 months or time served, whichever is greater. USSG § 1B1.10(b)(2)(C). Further, Defendant's term of supervised release is reduced to four years. All other terms and conditions of the Defendant's Judgment, (Doc. 353), remain in full force and effect.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of June, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record
United States Marshals Service
United States Probation Office
Bureau of Prisons
Defendant